# Court of Appeals
# of the State of Georgia

ATLANTA, __November 03, 2015__

*The Court of Appeals hereby passes the following order:*

**A16E0015.  MILLER v. CAMERON et al.**

Earl Cameron et al. has attempted to file an "Emergency Motion for Writ of Supersedeas" pursuant to Court of Appeals Rule 40 (b), which requires, among other things, that the motion "[s]how that service has been perfected upon the opposing party before filing the motion with [this] Court." This Court's rules also require that all motions "be signed by an attorney of record, an attorney granted courtesy appearance or pro se party." Rule 1 (a). The emergency motion at issue fails to satisfy these two applicable rules, and, accordingly, this motion is hereby denied.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* __11/03/2015__
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____Stephen E. Castlen_____ *, Clerk.*